[Crim. No. 3819. Second Dist., Div. Three. June 21, 1944.]

THE PEOPLE, Respondent, v. JEAN SIMPSON, Appellant.

John S. Cooper for Appellant.

Robert W. Kenny, Attorney General, and Frank Richards, Deputy Attorney General, for Respondent.

THE COURT.—Defendant and appellant has made application for a stay of execution of a judgment of conviction pending the determination of her appeal following the refusal of the trial court to order a stay of execution pending the appeal pursuant to section 1243 of the Penal Code.

We have examined the record on appeal and have concluded that the grounds urged for a reversal of the judgment present debatable questions meriting extended consideration by the court and that the appeal has been taken in good faith

and is not frivolous. Under these circumstances, a stay of execution should be and is granted pending the final determination of the case on appeal. (*People* v. *Burnette* (1939), 34 Cal.App.2d 663 [94 P.2d 399]; *In re Albori* (1928), 95 Cal.App. 42 [272 P. 321]; *People* v. *Biescar* (1928), 95 Cal. App. 70 [272 P. 328]; *In re Brahm* (1929), 98 Cal.App. 731 [277 P. 895].)

Desmond, P. J., Shinn, J., and Wood (Parker), J., concurred.